## ** UNITED STATES DISTRICT COURT CRIMINAL MINUTES **

Date: 09/20/2019  Before the Honorable: **T.S. ELLIS, III**

Time: 9:22 a.m. – 9:30 a.m. (00:08)  Case No.: 1:19-cr-00183-TSE-1

Official Court Reporter: Patricia Kaneshiro-Miller

Courtroom Deputy: Tanya Randall

# UNITED STATES OF AMERICA

v.

# HAROON K. ULLAH    X Present

| Counsel for Government | Counsel for Defendant |
|---|---|
| Russell Carlberg | Mark Schamel |
|  | Pascal Naples, III |

Appearances of Counsel for ( X ) Govt    ( X ) Deft

**Re:**   **STATUS CONFERENCE**

Argued and:

[  ] Granted  [  ] Denied       [  ] Granted in part/Denied in part

[  ] Taken Under Advisement     [  ] Continued to

[  ]  Report and Recommendation to Follow

[ X ] Order to Follow

**Deft is:**
[  ] Remanded  [  ] Self Surrender [ X ] Cont'd on same terms and conditions of release   [  ] Custody