# EXHIBIT A

Examples of Fraudulent Invoices Submitted to USAGM



**Healthcare City**
**Dubai AE**
**971455311234**

Name: Haroon K. Ullah
Company Name: BBG
Address: 330 Independence Ave
Washington DC USA

**Invoice No. 213**

Check-in Date: 4/10/2018

Check-out Date: 4/12/2018

| Room Number | # of Nights | Price per Night | | Total |
|---|---|---|---|---|
| 681 | 2 | AED 540 | | AED 1080 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| Subtotal | AED 1080 |
| Tax | AED 210 |
| Other | |
| Total | AED 1290 |



HOTEL DUBAI

**Healthcare City**
**Dubai AE**
**971455311234**

Invoice No. 213

Check-in Date: 4/10/2018

Check-out Date: 4/12/2018

Name: Haroon K. Ullah
Company Name: BBG
Address: 330 Independence Ave
Washington DC USA

| Room Number | # of Nights | Price per Night | | Total |
|---|---|---|---|---|
| 681 | 2 | AED 540 | | AED 1080 |
| | | | | |
| | | | | |
| | | | | |
| | | | Subtotal | AED 1080 |
| | | | Tax | AED 210 |
| | | | Other | |
| | | | Total | AED 1290 |

→ Total = $351.1

1 UAE Dirham = $0.27 USD



HOTEL MUSCAT

**Hotel Hormuz**
**Radisson**
PC 111 SEEB
Muscat OM 111

Guest: H Ullah, BBG

| Date | 4/07/2018 | Check out 4/10/2018 | 7869 |
|---|---|---|---|
| Room Number | 462 | | |

| Description | Quantity | Cost | Amount |
|---|---|---|---|
| Standard Hormuz Room | 3 | OMR 81.46 | OMR 244.38 |

| | | |
|---|---|---|
| | Subtotal | OMR 244.38 |
| | Taxes | OMR 42.34 |
| | Total Due | OMR 286.72 |

Total = $744.87
1 OMR = $2.60



# AVIS OMAN United Agencies Travel LLC

INVOICE #31A392
DATE: 4-7-2018

Rent-A-Car division, P.O Box 1938 Postal Code 130, Azaiba Sultanate of Oman
Tel: +968-245219070 Fax: +96824519871

**RESERVATION: HAROON K. ULLEH**

Pick-up From __Air Port__
Pick up Date _4-7-2018_
Time 1:15pm
Kms 59, 146

Drop at _Air Port_
Drop off Date _4.11-2018_
Time 1:45 pm
Kms 59, 340

**COMMENTS OR SPECIAL INSTRUCTIONS:**

_200 km allowed per day_

| SALESPERSON | MODEL | Reg. No | Daily Rate |
|---|---|---|---|
| Asad | Toyota | 1999TA | 35 Rial |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 4/7 – 4/11 2018 | Four day rental | 35.00 | 140.00 |

| | |
|---|---|
| SUBTOTAL | 140.00 |
| TAX | 33.23 |
| TOTAL DUE | 173.23 Rial |

173.23 = $450.01 USD

Rue De Varembe  Tel: +41 22 749 1620
Montreux, Switzerland  Fax: +41 22 733 0267

**Caux Palace**

| Bill To: | Mr. Haroon Ullah |
|---|---|
| Company: | BBG |
| Date(s): | Check in 9/17/18, check out 9/19/18 |
| Address Line 1: | 330 Independence Ave |
| City, State ZIP | Washington DC 20012 |
| Tel: | 1-202-368-5616 |



S·H·M·S
Swiss Hotel Management School

| Room Type | Number of Nights | Nightly Rate | Total |
|---|---|---|---|
| Single | 2 | 330 USD | 660 USD |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | Subtotal | 660 USD |
|  |  |  |  |
|  |  | Taxes | 68.73 USD |
|  |  | Total Due | 728.73 USD |



# GRAND | HYATT

**Grand Hyatt New York**  
**109 E. 42nd Street New York**  
**New York, NY 10017**

**Invoice No. 425a**

Check-in Date: 9/9/2018

Check-out Date: 9/10/2018

Guest Name: Dr. Haroon K. Ullah  
Address: 330 Independence Ave  
Washington DC USA  
202-368-5616

| Room Number | # of Nights | Price per Night | | Total |
|---|---|---|---|---|
| 450 | 1 | $230 | | 230 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **Subtotal** | **230** |
| | | | Tax | 40.92 |
| | | | Other | |
| | | | **Total** | **$270.92** |