# EXHIBIT C

Examples of Fraudulent Documents Submitted to Liberty Mutual

# Estimate

| | |
|---|---|
| ESTIMATE# | 12876277 |
| DATE | 08/11/2018 |
| PO# | |

Contractor: K
202-
LI #:
Braddock Road
Fairfax, VA

| CUSTOMER | SERVICE LOCATION |
|---|---|
| Haroon Ullah<br>Alexandria<br>VA 22310 | Home<br><br>AlexandriaVA<br>22310 |

**DESCRIPTION**

Roof:
1. Remove all existing shingles (13.6 sq)
2. Remove felt paper
3. Remove Drip edge and flashing(s)
4. Install 15lb felt paper on the roof (224 sq. ft)
5. Install aluminum step flashing as required
6. Replace 10 plywood (1/2 inch)
7. Install drip edges as required
8. Install aluminum ridge vent as required
9. Install 30-year architectural 3 tabs shingles (13.6 sq)
10. Install 84 LF, 6inch gutter system
11. Install 6-inch downspouts

Deck:
1. Demo existing deck and dispose
2. Build deck as per the current design (14' x 31') & (6' x 18')
3. Install pressure treated wood boards

Gazebo:
1. Demo current Gazebo (9'x9')
2. Build Gazebo with the current layout

Retaining wall:
1. Require structural engineer planning
2. Remove and build
   5' x 63' wall
   5' x 60' wall
   5' x 58' wall

Siding:
1. Remove 2043 s/f of siding
2. Install new membrane
3. Install new 2043 s/f of aluminum siding

Windows:
1. Remove 2 broken windows ( 32" x 64")
2. Install 2 new vinyl windows

Interior bedroom:
1. Repair, sand, and stain to match damaged hardwood flooring
2. Repair ceiling drywall
3. Paint the ceiling to match

4. Repair interior bedroom drywall
5. Paint to match interior bedroom

| Description | Qty | Rate | Total |
|---|---|---|---|
| Labor -- Roof: 1. Remove all existing shingles (13.6 sq) 2. Remove felt paper 3. Remove Drip edge and flashing(s) 4. Install 15lb felt paper on the roof (224 sq. ft) 5. Install aluminum step flashing as required 6. Replace 10 plywood (1/2 inch) 7. Install drip edges as required 8. Install aluminum ridge vent as required 9. Install 30-year architectural 3 tabs shingles (13.6 sq) 10. Install 84 LF, 6inch gutter system 11. Install 6-inch downspouts | 1.00 | $19,870.00 | $19,870.00 |
| Materials -- 13.60 sq. shingles, felt paper, nails, plywood and other misc. items Materials necessary to complete your project. All materials are invoiced at cost + 20%. Estimated materials only. | 1.00 | $2,475.00 | $2,475.00 |
| Labor -- Deck: 1. Demo existing deck and dispose 2. Build deck as per the current design (14' x 31') & (6' x 18') 3. Install pressure treated wood boards | 1.00 | $23,688.00 | $23,688.00 |
| Materials -- deck boars, posts, nails, railings and other misc. items Materials necessary to complete your project. All materials are invoiced at cost + 20%. Estimated materials only. | 1.00 | $2,060.00 | $2,060.00 |
| Labor -- Gazebo: 1. Demo current Gazebo (9'x9') 2. Build Gazebo with the current layout | 1.00 | $4,680.00 | $4,680.00 |
| Materials -- Post, plywood, boards, nails (roofing materials) and other misc. items Materials necessary to complete your project. All materials are invoiced at cost + 20%. Estimated materials only. | 1.00 | $1,275.00 | $1,275.00 |
| Labor and materials -- Retaining wall: 1. Require structural engineer planning 2. Remove and build 5' x 63' wall 5' x 60' wall 5' x 58' wall | 1.00 | $20,472.00 | $20,472.00 |
| Labor -- Siding: 1. Remove 2043 s/f of siding 2. Install new membrane 3. Install new 2043 s/f of aluminum siding | 1.00 | $12,694.00 | $12,694.00 |
| Materials -- sidings, membrane and other misc. items Materials necessary to complete your project. All materials are invoiced at cost + 20%. Estimated materials only. | 1.00 | $2,550.00 | $2,550.00 |
| Labor -- Windows: 1. Remove 2 broken windows ( 32" x 64") 2. Install 2 new vinyl windows | 1.00 | $1,012.00 | $1,012.00 |
| Materials 2 vinyl windows and other misc. items Materials necessary to complete your project. All materials are invoiced at cost + 20%. Estimated materials only. | 1.00 | $570.00 | $570.00 |
| Labor -- Interior bedroom: 1. Repair, sand, and stain to match damaged hardwood flooring 2. Repair ceiling drywall 3. Paint the ceiling to match 4. Repair interior bedroom drywall 5. Paint to match interior bedroom | 1.00 | $2,075.00 | $2,075.00 |
| Materials -- Drywall, paint, stain, paint, and other misc. items Materials necessary to complete your project. All materials are invoiced at cost + 20%. Estimated materials only. | 1.00 | $600.00 | $600.00 |
| Permit and Administrative cost | 1.00 | $1,500.00 | $1,500.00 |
| Trash Removal/Disposal Removal and disposal of all trash and/or debris from worksite. | 1.00 | $4,850.00 | $4,850.00 |

| CUSTOMER MESSAGE | PRE-WORK SIGNATURE |
|---|---|
|  |  |

**Contractor requires 60% payment to start work.**

**Estimate Total:** $101,371.00



**The Park at Arlington Ridge**
1601 26th St. S
Arlington, VA 22206
Haroon Ullah,
Sublet: Dec 1-Dec 31

| Description | Unit | Cost | Amount |
|---|---|---|---|
| Two bedroom apartment | 1 | $2180 | |
| | | Subtotal Incl Utilities | $2180 |
| | | Total Due | $2180 |



Dear Haroon:

Thank you for giving us the opportunity to work on your home. See our original invoice, dated 1/28/2019.

This invoice is in addition to that original invoice to repair the retaining wall behind the deck (not included in original invoice #12873). As we have inspected and examined under your damaged deck (which only became visible once we removed the deck), you have additional damage to your retaining wall that was hidden underneath the second layer and deck. The damage is extensive and poses a risk to the entire house. It can be repaired and rebuilt, and this is what we have laid out below.

Below and attached is your invoice for the services you requested.
Should you have any questions or concerns, please feel free to call us at 703-683-1083.

# INVOICE

| INVOICE# | 12881 |
|---|---|
| DATE | 01/29/2019 |
| PO# | |

| Description | Qty | Unit Cost | Total |
|---|---|---|---|
| Labor and materials – Repairing and building retaining wall: 1. Require structural engineer Planning and approval 2. Remove and build unique 6' x 48', 6' x 28 and 6' x 43 wall. Excavation – need to do site preparation. Including slope work and proper drainage. Need to clear and grade plot area, remove some dirt. Retaining wall will be built as vertical face with treated lumber and blocks. | 1.00 | $13,385.00 | $13,385.00 |
| Permit and Administrative cost | 1.00 | $500.00 | $500.00 |
| Trash Removal/Disposal | 2.00 | $550.00 | $1100.00 |

Removal and disposal of all trash and/or debris from worksite.

**Invoice Total:** $14,985.00

Thank You,

K.



K
Braddock Road
Fairfax, VA 22032
License #:

PRE-WORK SIGNATURE

**INVOICE #106**

# Fix-a-Lot Handyman Architect Services

▇▇▇▇▇▇▇▇▇
Fairfax, VA 22030
License: #▇▇▇▇▇

**DATE**

**BILL TO**

Haroon Kullah
▇▇▇ ▇▇ Street
Alexandria, VA 22312
▇▇▇▇▇▇▇▇

**FOR**

deck drawings

**Details**
Full set of drawing for deck addition. Total of 12 sheets printed into 11x17 drawing plan. It is composed of Coversheet, Demolition Plan, First Floor Plan, Rear Elevation, Foundation Plan.

**AMOUNT**
$2,670.00

2.0 hours per sheet to finish

Total of 23 hours for 12 sheets at $116 per hour cost.

Getting Stamp from PE engineer, as required by county for soil permit (R71).
$525.00

SUBTOTAL   $3,195.00

TAX RATE   6.00%

OTHER   $0.00

TOTAL   $3,386.70

Make all payments payable to R ▇▇▇▇▇▇

If you have any questions concerning this invoice, use the following contact information:

▇▇▇▇▇▇  571-▇▇▇▇▇▇▇  ▇▇▇▇@outlook.com

**Details**                                          **AMOUNT**

**THANK YOU FOR YOUR BUSINESS!**

# R & C Moving Services

**Customer Name:** Haroon Ullah
**Address:** Alexandria, VA 22312 / Fairfax VA, 22030. **Cell:** ▮▮▮
**Contact Number:** ▮▮▮
**Email:** ▮▮▮
Click here to enter text.

**June 9, 2018**                                Moving Services

Move all furniture and existing boxes and bags on 2nd floor, 1st floor and basement. Use Pulleys and padding as needed. Urgent need.

Moving Services (7-8 hours): $1350 (including truck and personnel)

**R & C Moving Services**

Customer Name: Haroon Ullah
Address: ▮ Alexandria, VA 22312
Contact Number: ▮
Email: ▮ ▮ Pl. Fairfax VA. 22030. Cell: ▮
Click here to enter text.

June 9, 2018                           Moving Services

Move all furniture and existing boxes and bags on 2nd floor, 1st floor and basement. Use Pulleys and padding as needed. Urgent need.

Moving Services (7-8 hours): $1350 (including truck and personnel)

# R & C Moving Services — Fairfax VA, 22030.

Customer Name: Haroon Ullah
Address: Alexandria, VA 22312
Contact Number: ▮
Email: ▮
Click here to enter text.

### Dec 20, 2018 — Moving Services

Take all boxes, furniture and bags and move into 6458 Seventh street residence. Place all furniture in appropriate rooms. Make sure to see steps and use appropriate padding.

Moving Services (9 hours): $1550 (including truck, equipment and personnel)

Dear Haroon:

Thank you for giving us the opportunity to work on your home and build/repair your retaining wall. As we have inspected and examined under your damaged deck, you have additional damage to your retaining wall that was hidden underneath the second layer and deck. The damage is extensive and poses a risk to the house. It can be repaired and rebuilt.

Below and attached is your estimate for the services you requested.
Should you have any questions or concerns, please feel free to call us at 703-683-1083.

| Description | Qty | Unit Cost | Total |
| --- | --- | --- | --- |
| Labor and materials – Repairing and building retaining wall: 1. Require structural engineer planning 2. Remove and build 5' x 48' and 5 x 43' wall. Excavation – need to do site preparation. Including slope work and proper drainage. Need to clear and grade plot area, remove some dirt. Retaining wall will be built as vertical face with treated lumber and blocks. | 1.00 | $8,672.00 | $8,672.00 |
| Permit and Administrative cost | 1.00 | $500.00 | $500.00 |
| Trash Removal/Disposal Removal and disposal of all trash and/or debris from worksite. | 1.00 | $650.00 | $650.00 |
| | | **Estimate Total:** | **$9,822.00** |

Thank You,

Cortado Team

SFF Construction

Alexandria, VA 22314
License #:

Dear Haroon:

Thank you for giving us the opportunity to work on your home and build/repair your retaining wall. As we have inspected and examined under your damaged deck, you have additional damage to your retaining wall that was hidden underneath the second layer and deck. The damage is extensive and poses a risk to the house. It can be repaired and rebuilt.

Below and attached is your estimate for the services you requested.
Should you have any questions or concerns, please feel free to call us at 703-683-1083.

| Description | Qty | Unit Cost | Total |
| --- | --- | --- | --- |
| Labor and materials – Repairing and building retaining wall: 1. Require structural engineer planning 2. Remove and build 5' x 48' and 5 x 43' wall. Excavation – need to do site preparation. Including slope work and proper drainage. Need to clear and grade plot area, remove some dirt. Retaining wall will be built as vertical face with treated lumber and blocks. | 1.00 | $8,672.00 | $8,672.00 |
| Permit and Administrative cost | 1.00 | $500.00 | $500.00 |
| Trash Removal/Disposal Removal and disposal of all trash and/or debris from worksite. | 1.00 | $650.00 | $650.00 |
| | | **Estimate Total:** | **$9,822.00** |

Thank You,

Cortado Team

SFF Construction

[redacted]

Alexandria, VA 22314
License #: [redacted]