IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>HAROON K. ULLAH,         )<br>)<br>    *Defendant*.        )<br>_____ ) | Criminal No. 1:19CR183 |

**RESTITUTION ORDER**

1.  Pursuant to 18 U.S.C § 3663A(a)(1), the defendant is ordered to pay restitution in the amount of **$34,388.63**, forthwith.

2.  The Clerk of Court shall forward all restitution payments to: USAGM, Attn: Financial Services Branch, Room 1655, 300 Independence Avenue S.W., Washington, DC 20237.

3.  Interest:

    _____ is waived.

    \_\_\_\_\_ accrues as provided in 18 U.S.C § 3612(f).

4.  Notwithstanding any other provision of this Restitution Order, or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

5.  If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

6.  If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $_____ per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

7.  All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, Virginia 22314.

8. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

9. No delinquent or default penalties will be imposed except upon Order of the Court.

_____
Honorable T.S. Ellis, III
Senior United States District Judge

ENTERED this \_\_\_\_\_ day of \_\_\_\_\_ , 2019.

at Alexandria, Virginia

WE ASK FOR THIS:

G. Zachary Terwilliger
United States Attorney

_____
Russell L. Carlberg
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: 703-299-3700
Email: russell.l.carlberg@usdoj.gov

SEEN AND AGREED:

_____
Haroon K. Ullah
Defendant

_____
Mark Elliot Schamel
Lela Ames
1200 19 Street, NW, Suite 500
Washington, DC 20036
Telephone: 202-467-6900
Email: mark.schamel@wbd-us.com
Email: lela.ames@wbd-us.com