IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | No. 1:19-CR-183 (TSE) |
| HAROON K. ULLAH, | ) ) ) | |
| Defendant. | ) | |

CONSENT ORDER OF FORFEITURE

WHEREAS, on June 27, 2019, the defendant, Haroon K. Ullah, waived indictment and venue, and pleaded guilty to a Criminal Information charging the defendant with a single count of Theft of Government Funds, a felony, in violation of Title 18, United States Code, Section 641, and agreed to the entry of a forfeiture money judgment that is the subject of this order;

WHEREAS, the defendant obtained at least $34,388.63 in U.S. currency from the theft of government funds, an amount for which the defendant will be solely liable;

AND WHEREAS, the defendant agrees to waive the provisions of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2(a), 32.2(b)(4) and 43(a) with respect to notice in the Criminal Information that the government will seek forfeiture as part of any sentence in this case, and that entry of this order shall be made a part of the sentence, in or out of the presence of the defendant, and included in the Judgment in this case without further order of the Court.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The United States of America shall have a forfeiture money judgment, pursuant to Fed. R. Crim. P. 32.2 (b)(1) & (2), 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), against the defendant, Haroon K. Ullah, for $34,388.63 in U. S. currency, an amount that represents the illegal proceeds the defendant obtained from the theft of government funds, in violation of 18 U.S.C. § 641, and an amount for which the defendant shall be solely liable.

2. The United States of America may collect said money judgment by all available means, including but not limited to the forfeiture of direct proceeds and substitute assets.

3. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order the United States is authorized to conduct any appropriate discovery including depositions, interrogatories, requests for production of documents and for admissions, and pursuant to Fed. R. Civil P. 45, the issuance of subpoenas.

4. The Attorney General, Secretary of the Treasury, The Secretary of Homeland Security, or a designee, is hereby authorized to seize, inventory, and otherwise maintain custody and control of the property, whether held by the defendant or by a third party, and to conduct any discovery proper in identifying, locating or disposing of the property subject to forfeiture pursuant to Fed. R. Crim. P. 32.2 (b)(3) and 21 U.S.C. § 853(g).

5. Because the forfeiture consists of a money judgment, no ancillary proceeding is necessary as directed by Fed. R. Crim. P. 32.2(c)(1).

November \_\_\_\_, 2019
Alexandria, Virginia

_____
United States District Judge T.S. Ellis, III

WE ASK FOR THIS:

G. Zachary Terwilliger
United States Attorney


By: _____
Russell L. Carlberg
Special Assistant United States Attorney LT


_____
Haroon K. Ullah
Defendant


_____
Lela Marie Ames, Esq.
Counsel for the Defendant


_____
Mark E. Schamel, Esq.
Pro Hac Vice Counsel for the Defendant