## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 1:19-cr-183 |
| HAROON K. ULLAH, | The Hon. T.S. Ellis, III<br>Sentencing: November 22, 2019 |
| Defendant. | |

### HAROON ULLAH'S SUPPLEMENT TO MEMORANDUM IN AID OF SENTENCING

Dr. Haroon Ullah respectfully submits the following Supplement to the Memorandum in Aid of Sentencing with additional letters of support, attached hereto as Exhibit A.

November 21, 2019

Respectfully submitted,

/s/ Mark E. Schamel
Lela Marie Ames (75932)
Mark Elliott Schamel (*pro hac vice*)
Womble Bond Dickinson (US) LLP
1200 19th Street, NW, Suite 500
Washington, DC  20036
Tel.: (202) 857-4481
Fax: (202) 261-0098
E-mail: lela.ames@wbd-us.com
E-mail: mark.schamel@wbd-us.com

*Counsel for Haroon Ullah*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of November 2019, copies of the foregoing document were filed through the Court's ECF system, which will provide notice to all parties indicated on the electronic filing receipt.

/s/ Lela Marie Ames