# EXHIBIT A

Nov 18, 2019

Honorable Judge Ellis
United States District Court Judge
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314

Dear Honorable Judge Ellis

My name is Timothy Thomas and I am a VP at Morgan Stanley. I have known Haroon since he was nine years old and have remained a close friend, mentor, coach and colleague of his during the last thirty years. I also know Haroon's entire family and am close to his parents and siblings. They are an extended part of my own family.

Haroon has been incredibly open and transparent about his failing and criminal conduct. I was deeply disappointed because this is not the Haroon I have known for the last thirty years. As a Christian who believes in redemption, I admire how Haroon has owned-up to his failings and made no excuses. He is alone responsible as he has told me. And that, combined with what I know of Haroon, is why I am writing this letter.

Haroon came to me as a young tennis pupil. I was a tennis coach in the local community and Haroon was a bright student. He had an eagerness to learn, to work super hard and he was also trying to get better. I noticed how Haroon tried to help the other students around him. While he was a fierce competitor, he never lost sight of how to conduct himself on the court. Even when Haroon missed a shot, lost a point or failed to execute, he knew that he had to carry himself and not lose his temper. That ability will serve him well now, as he has reflected on his grave errors and can now work on redemption and making amends for his wrongs.

Over the years, I saw Haroon grow into a fine and talented young man. He was a star on his high school tennis team. He was awarded a Garrett scholarship to Whitman College, which was the most prestigious fellowship (a full ride scholarship) given to a handful of incoming students. The main thing I know about Haroon is that he always wanted to help people along the way, whether it was his sick younger brother (who would later pass away tragically), or helping his older brother who was battling depression, or to help a high school classmate that was under financial duress. Haroon never lost sight of his small town upbringing and that he should always pay it forward.

Simply put, Haroon is one of the best and finest people I have ever worked with. With my interest in the intersection of national security and financial services, I've worked with Haroon on several policy related projects. He is whip smart, quick on his feet and he has excellent reasoning.

Haroon was inspired and motivated by 9/11. He wanted to help his country. I saw as Haroon grew-up, he was subjected to people calling him different or thinking he didn't belong. But Haroon didn't let that deter him from his goals. I remember sitting in my kitchen when Haroon told me he was going abroad to study Al Qaeda and Taliban, because he thought the best way to beat them was to understand their way of thinking so we could dismantle it. I feared for his safety and whether I would see Haroon again. But Haroon was determined to get the people that attacked our country on 9/11. He would not let a minute go by until he did all he could.

And despite as difficult as it was, I know Haroon's work has helped protect American lives. Ambassador Ryan Crocker told me personally that Haroon's work saved American lives and has made America safer. Ambassador Crocker served in places like Afghanistan, Pakistan and Lebanon, all places in which Haroon has lived and researched.

While in Pakistan, Haroon's experience led him to believe that we could take-on the Al Qaeda and Taliban using what he termed as 'information wars'. One of his programs, *The Burka Avenger*, was an animated TV series that took on Al-Qaeda and Taliban in a smart, sophisticated way. The program went on to break records in Pakistan, with over 15 million viewers per episode. The show provided young people with positive, viable alternatives to extremism, something they could cheer for and learn from. The *Burka* series ended up winning a 2013 Peabody Award, and the lead character was named in *Time* magazine as one of the top 10 most influential fictional characters of 2013 (the only foreign super hero to do so). Haroon's gift for languages plays a part in his ability to understand the needs and aspirations of cultures very different from our own.

I know that Haroon's criminal conduct will be something he carries for the rest of his life. After talking to Haroon at length, I believe he has totally owned-up to these major transgressions and the stain of his actions. He will accept any and all punishment because they are a direct result of his own actions.

However, there is a great deal of value I place on Haroon's public service to our country, and especially that he has risked his life to do so. I also believe that Haroon's background, experience and unique skill set that I have witnessed make him one of a rare handful of people that can continue to help save American lives with regards to the selective niche of counterterrorism that he is a part of. His expertise and professionalism is a huge asset to American national security going forward and I hope he can continue to contribute substantially in this mission in a different role as he looks for redemption and grace. All men are fallible. Haroon has made an error, but this error should not define his future. Please choose a remedy that is short, swift and just so that a good man who has strayed can once again contribute positively to society.

With highest regards,

Tim Thomas

November 20, 2019

**Honorable Judge Ellis**
**United States District Court Judge**
**Eastern District of Virginia**
**401 Courthouse Square**
**Alexandria, VA 22312**

Dear Honorable Judge Ellis:

 I am writing this personal character letter for Dr. Haroon K. Ullah. I have known Dr. Ullah for the past 10 years in a personal and professional capacity. In my professional capacity, I am doing my part to contribute to efforts to build an American civil society and to develop interfaith partnerships as a religious leader from Northern Virginia. One of my contributions after the horrific attacks of 9/11 was to work with law enforcement agencies to keep America safe. Numerous times, I have worked with the Department of Justice, FBI, State Department and other federal agencies to prevent young people from going down the path of extremism. Our partnership has been well documented and profiled on Fox Business, Fox News, Washington Post, New York Times, ABC News, AlHurra, Voice of America, Al Jazeera, Al-Arabiya, and many other news media and outlets. The FBI has recognized me with awards of appreciation for my trailblazing work on thwarting extremist groups. I am mentioning this here only as a prelude to talk about Dr. Ullah's special ability to assist within the counterterrorism community and his tireless efforts in keeping America safe. He is one of America's top experts on how to prevent extremism and his long stellar public services to defend our country are unmatched and noteworthy. On numerous occasions, I have seen Dr. Ullah give his expert opinions to US Secretary of State and the President to keep America safe. Simply put, Dr. Ullah's experiences in special fields in counterterrorism and his ability to help protect American national security in this regard could not have been replaced.

 I also understand the significant nature of Haroon's violations and I address this at the end of the letter.

 My work with young people gives me special insight into how to counter vulnerable young people being recruited to join ISIS and other hateful groups. Dr. Ullah has dedicated his life to public service and spent his entire career to understand and seek better policy approaches to keep America safe. During his doctoral fieldwork, Dr. Ullah spent years in researching topics related to counterterrorism and even investigated Taliban and Al Qaeda camps. He interviewed commanders in order to comprehend the reasons for their extremist path. He put his life in danger again and again only because he knew that would be the best way to understand their twisted ideology and hence to come up with a series of programs and policies to combat and degrade their ability to harm America. Dr. Ullah has always been motivated to protect American lives and to prevent another 9/11 terrorist attack from ever happening. All of his work is done without seeking any reward from anyone. Often brave patriots such as Haroon put their lives (and their family's lives) at risk in order to thwart these extremist groups.

November 20, 2019
**The Honorable Judge Ellis**

I can unequivocally say that Dr. Ullah's work has saved American lives, thwarted would-be extremists and prevented their ability to attack American interests.  It is not easy to be in this field and to put one's life on the line to keep extremists at bay.  I have travelled with Dr. Ullah and seen him first-hand in Gulf countries where he was working with individuals from government and from private agencies building a coalition to counter extremism.  Dr. Ullah does not leave any stone unturned when it is time to look for ways to gain an advantage over extremist groups.  He also has a natural ability to build coalitions with unlikely members to fight against these groups.  It takes a lot to act as a trusted adviser to convince key nation-states to contribute meaningfully in this effort.

What makes Dr. Ullah very special is his ability to combine substantive ground knowledge with a thorough and sophisticated understanding of methods and technologies.  Dr. Ullah tirelessly trains young mentors how to recognize and counter techniques used by terrorists on digital media and how to design compelling and authentic campaigns to undercut their narrative and lessen the potency of their recruitment.  Dr. Ullah's ability to speak different languages and his substantive policy research gives him an upper-hand in quickly thwarting 24/7 extremist threats.

Dr. Ullah's scholarship, including his books on counterterrorism, have been widely read and translated into different languages.  His book *Digital World War* (Yale University Press) was launched at the Heritage Foundation and has become a field manual for practitioners who are designing ways to degrade and counter the disinformation campaigns of extremist groups.

As Haroon's spiritual counselor, Haroon has been honest and forthcoming with me about his law-breaking conduct and criminal actions. I do not take lightly what Haroon did, especially given my line of work. I counsel people to acknowledge their wrong actions and to learn from them and work for even more good to make up for their past actions.  I have been impressed with how Haroon has taken full responsibility and total ownership of his actions.

I know that Haroon is committed to a path of redemption.  I know that he will learn from this and change his life's course.  Dr. Ullah's skill set with regards to American national security is valuable and I know that he will look for other ways to protect our country from another 9/11.  Dr. Ullah has risked his life to protect our country and he will continue to risk his life to save American lives in the future.  He has conducted himself with honor in a long career as a public servant.  I work to counter young people from being recruited; if overlooked, it can be potent and deadly propaganda which would lure them in.  Dr. Ullah has the ability to stop and degrade terrorist recruitment, change young peoples' minds and proactively stop another extremist group from emerging.  His skillset is not one that I have come across in my thirty years of professional life.  I have no doubt that he will emerge stronger from this episode and that he will live a peaceful, responsible life of love and service.

Sincerely,



November 20, 2019
**The Honorable Judge Ellis**

Mohammed Magid, Imam

Nov 19, 2019

Honorable Judge Ellis
United States District Court Judge
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314

Dear Honorable Judge Ellis:

I write to you with regards to what I know about Haroon Ullah. I've known Haroon for several years, most recently while I worked with Haroon at the US Agency for Global Media. Haroon Ullah has made a strong contribution to our nation's national security while serving in government. I believe his counterterrorism work in the field, fighting Al-Qaeda, ISIS, al-Shabaab and the Taliban helped save the lives of Americans, and others. Haroon also helped shape the information warfare against foreign entities trying to attack America, whether emanating from Russia, China or other regions in the world.

First, Haroon's criminal conduct are serious transgressions and illegal. There are no excuses ever for this conduct. He has taken full responsibility, as I expected he would knowing his character. Nevertheless, I was deeply shocked and disappointed by his conduct and actions. I do believe that Haroon's character reflects someone who has learned deep and painful lessons, lessons that will stay for decades and one's he can teach his daughter and family members. He only blames himself and has recommitted himself to giving back to community and those around him.

Haroon worked then in dangerous areas of Pakistan, also traveling frequently from Islamabad to the Middle East and North Africa. He started and ran what was then the first office at any U.S. embassy in the world to use modern information warfare techniques to combat Al-Qaeda and the Taliban. Though in danger from extremist groups, including death threats, and being held at gunpoint, Haroon repeatedly put his life on the line to achieve his mission.

Haroon helped set up the US-UAE Sawab Center, the first such center to use digital media to degrade the effectiveness of extremist groups. His counter extremism media project called 'Burka Avenger' won a Peabody Award in 2013 and was cited by Time Magazine as one of the most influential fictional characters of that year. He has worked tirelessly to help the U.S. organize and coordinate the 65-nation coalition against ISIS. He has written four books on combating terrorism and extremism, which have been recommended by respected publications such as Foreign Affairs, Foreign Policy and the Wall Street Journal.

At USAGM, Haroon brought several new ideas and strategies into how to help combat the information warfare targeting America. He had several successes in finding new ways to use data in better understanding audiences, to move from a country-based strategy to language-based strategy and to focus on key areas like Iran, China and Russia. USAGM audience made the largest leap in its 65-year history and I know Haroon was an important part of the leadership team in making this happen.

Haroon criminal conduct deserves consequences and he is fully prepared to continue accepting whatever comes his way. As someone who has worked in federal government, I know how important it is for federal officials to conduct themselves in a manner that upholds the flag. I also know what Haroon has done for his country and how he has conducted himself over the past year. Simply put, I know Haroon Ullah to be a good man and an American patriot.

I've seen Haroon with his family and he is a family person through and through. As a young parent, I know how hard it is to raise kids. Haroon loves his daughter Hira so much and his wife Naba. He has spent his time as primary caretaker doing his best to take care of Hira and bring her up in this fast-changing world. Another thing I admire about Haroon is the way he takes care of his parents, his in-laws and his family. How many people have a great relationship with their mother in law? Haroon loves her like a second mother and during her tragic sickness he has been in the hospital staying long hours and watching over her while she is in a coma. He has also helped his own parents, who are elderly and gone through several health scares. Much of this no one would ever know and Haroon would not tell anyone because he does it out of love and a sense of duty. It shows what type of character Haroon has.

His skill set, combining as it does years of field experience, knowledge of key languages, sophisticated policy acumen and understanding of new digital and cyber technologies is rare. I believe Haroon can achieve redemption and will find ways to make an important contribution, one few others could match.

Very Respectfully,

Amina Khawaja

November 15, 2019

Honorable Judge Ellis
United States District Court Judge
Eastern District of Virginia
Alexandria Virginia 22314

Dear Honorable Judge Ellis:

When I was at a summer youth camp for young people, I remember Haroon asking his campers a simple question, "What would you do, if you knew you could not fail?" He had asked one of his other campers the same question and he had enthusiastically responded with, "play baseball!" The other camper, introspective like his counselor, took a moment and said, "well, that's easy. I'd help people."

I love this story because it exemplifies so much of who my brother, Haroon, is as a dear brother, father and as a human being. I have seen how my brother treats people, his calming presence and his dedication to education. My brother has always challenged me and my siblings to better ourselves, and also give back to the community by helping others. This was the backbone of Haroon's ideology that he learned from our parents and is something he continues to strive to uphold.

Haroon and I are closest in age (14 months apart) and grew up very close to each other. I probably know him better than any of my other siblings because we were inseparable growing up and took care of each other. I know Haroon's character and that is why I was shocked and extremely disappointed at his criminal conduct and actions. Of his own accord, Haroon came to sit down with me in my room. I could see that he was emotionally overwhelmed and he told me the details of his criminal conduct, the way he had disappointed his colleagues and our community and the pain inflicted on others as a result of his grave decision. I could see that he was sincere, embarrassed, ashamed and remorseful. And like the Haroon I've always known, he took full ownership. He hasn't backed away and I've never known Haroon to make excuses or to blame anyone but himself for his actions.

From a young age, I was always proud of my older brother. He was a record breaking tennis star in high school and beloved by his peers and teachers alike. When I arrived in high school two years later, that sentiment was still thriving and inspiring to me as a younger sibling. I watched as Haroon relentlessly pursued his education like he would his career, with passion and determination.

In so many ways, my brother followed in the footsteps of my parents. Immigrants who had spanned the globe from India, Pakistan and then to the United Kingdom and Canada to Washington State, my parents sought a higher education which turned into a lifetime of hard work and service. My father established a successful nuclear engineering career working on a federal government site and where he taught at Washington State University. My mother had the harder job of raising me and my four siblings, which included my youngest brother Muneer who was born with Downs Syndrome and severe heart defect. When

Haroon started earning he too gave opportunities to family and friends looking for a break, helped them financially or otherwise and acted as a confidante and mentor. He helped numerous non-profits and charities, and started a consulting firm that focused on helping non-profits develop strategy and be more successful. Often times they wouldn't charge any money to these non-profits, they just wanted to help them.

When my parents hit hard times, my brother tried to help with expenses. He was always generous with his wealth and his heart and our family and friends have relied on him for both throughout all of our difficult moments. When my eldest brother and sister-in-law were battling depression and fell into bankruptcy, it was Haroon that got on a plane the next day to fly out to help them. He loaned them money to pay off loans and negotiated with creditors to try to dig them out of the hole. He did everything from cleaning out their garage to paying off local utility bills. Haroon did this while still managing a demanding job and dealing with painful personal trauma of his own. But if you met him at that time, he never wore that on this sleeve, focusing more on healing others and staying positive.

I work for an educational media non-profit that aims to raise awareness and use the power of inspiring storytelling to bring positive change. Much of my success is thanks to the hard work instilled in me by my parents and the guidance and support of my older brother Haroon. I learned so much about the importance of storytelling as a way to educate audiences based on what my brother taught me, who as an author has brought stories to life. I can honestly say that it is my brother's mentorship, support and example that has inspired me throughout life.

Honorable Judge Ellis, I'm writing to you as a sister who has learned so much from her brother. I admire how my brother has taken full responsibility and held himself accountable for his grave conduct. I pray that you will show him mercy. I know that he will move forward through life honestly learning from his past, and not repeating mistakes. I thank you for your patience and thought in this case and for taking this letter into consideration.

Sincerely,

Sarah Ullah

November 19, 2019

Honorable Judge Ellis
United States District Court Judge
Eastern District of Virginia
Alexandria, Virginia 22314

Dear Honorable Judge Ellis:

It is my honor to write this letter for Haroon Ullah, a close friend who I have known for 20 years.  I am the co-founder and general partner of Aldrich Capital, a private equity firm based in Tysons corner.  I first met Haroon in Washington in 1999, through common friends when he was admitted to the Kennedy School of Government at Harvard and I was a recent graduate of the Harvard.  I immediately related to him as a loyal, ambitious, and family-oriented person and we became good friends.  Since then, we have travelled extensively together, both domestically and internationally, and he has become like a member of my family.  We have lived in the greater DC area for over 10 years near Haroon.  I consider him among our closest of friends.

When Haroon first told me of his legal trouble, I was shocked.  This is because the Haroon I know is an incredibly conscientious person committed to always doing the right thing. Even when he told me about his actions, he had a strong sense of personal accountability, which was remarkable, but not surprising to me.   Haroon has only blamed himself and I know he views the consequences he has earned so far as a lifelong punishment.

I'd like to give you some personal reflections about Haroon from my extensive experiences with him over the years.

Haroon has counselled my young kids in many ways both big and small. He was there for them when my kids had gone through a tragedy.  He was also there for them in good times.  He showed up when it mattered most for me. For that I am eternally grateful.

While Haroon was working at the US Embassy in Pakistan, Haroon invited and brought me to Pakistan as part of the US Speakers program.   The US speakers program brings Americans of all backgrounds who are specialists as entrepreneurs, artists, scientists and jurists to talk about their experiences to an audience in a different country.  I gave a talk to young people at the National University of Science and Technology in Islamabad, one that I am still proud of to this day.  A young lady asked a question about how it was to grow up in America as someone that was South Asian.  I recall looking at Haroon and saying that we both wanted to give back even more than what America had given to us; because in America we were free to worship as we wanted and we were given an opportunity to excel.  I remarked how I remain grateful for the opportunities in the US and I thanked Haroon for giving him the ability and

opportunity to give back. While I was visiting Pakistan, I also saw first-hand the security precautions Haroon had to take. There were many times Haroon's life was at risk and that he had to change his schedule or change his driving routes in the morning. While I was visiting, there was a bombing in Islamabad, not far from where he was staying. It was incredibly scary, and I recall fearing for my own safety for the short time I was there, but also for Haroon's safety since this was something he dealt with regularly for two years while there.

I also recall when Haroon's younger brother Muneer, suddenly passed away. Haroon was travelling for diplomacy work and he had to rush back for the funeral. I vividly remember what Haroon said on the funeral when he spoke with tears in his eyes -- that he hoped Muneer's courage and resilience were examples to all of us of how to live a life worth living. Even though he died at the young age of 25 in 2016, Muneer was very dear to Haroon. I know that to this day, Haroon carries his memory and legacy dearly.

Haroon has endured major struggles over the years, including his brother's death and divorce, but he has met every struggle with resilience. As if these struggles were not enough, this past year has been filled with another huge loss, that of his wife Naba's mother, who has fallen into a sudden and devastating coma since last spring. This is something that I can relate to on a deep level, as I lost my own mother at a young age and too early in life. I know first-hand the toll that this type of parental crisis takes on a family, and I witnessed Haroon and Naba fall into a vicious spiral last year trying to stay afloat, physically, emotionally, and financially. I can only imagine that this chaos contributed to the actions he committed. Though I know how deeply this continues to affect Haroon, as he was very close to his mother-in-law, I know how much Naba values his steady support and how it has brought them even closer together.

I am grateful that this court gives due process for making mends and restitution. I feel blessed to know Haroon, and admire how he is accepting consequences with full responsibility, humility and grace. He has fully absorbed these consequences and I know that he has been publicly shamed by the community and will continue to suffer because of his conduct. These lifelong lessons will be one's that help him as he rebuilds and continues on the path of redemption.

I hope that my reflections will serve as a testament to Haroon's character and that you will keep this in mind as you decide upon the appropriate sentence to hand down in his case. Please feel free to reach out to me if you need any additional details.

Sincerely,

Mirza Baig

November 18, 2019

Honorable Judge Ellis
United States District Court Judge
Eastern District of Virginia
Alexandria VA 22314

Dear Honorable Judge Ellis:

My name is Sana Sharif and I am Haroon Ullah's sister-in-law. I am a mother of four children and a former computer engineer who worked at IBM. I first met Haroon twelve years ago, but have had closer interaction with him after he was engaged and then married to my sister Naba for the past four years.

As you may have heard, our family has been going through a particularly tragic time since April 2018. Our dear mother has been in a coma for 20 months and we are often all at the hospital together. Honorable Judge Ellis, my mother is truly a very unique and special individual, a physician who also raised five kids effortlessly. She had a way of connecting with people that is electric, and lit up the room wherever she went. It is because we are not able to interact with her vivacious and loving personality that makes this coma that much more tragic. Haroon and my mother have a very strong bond. She loves him so much and vice versa. If my mother were able, she would effusively be praising Haroon to you and anyone else that would listen. Haroon would often tell us that he felt so lucky to have a second mother. Sometimes people say you really get to know someone when you go through hard times together. I have truly gotten to know Haroon better during this trying time, and therefore, I know what he stands for when things get difficult.

I was very sorry to hear Haroon tell me about his illegal misconduct. During the years I have known him, I have considered him to be a model citizen and a very good person. He characteristically accepted full responsibility for his wrongdoing and was clear about his need to make amends for what he did. I am a person of deep faith and I do believe that God allows us not to be defined by our worst moments, but by how we learn life's tough lessons and respond. Haroon has responded to these circumstances with humility and grace, accepting of all consequences and taking full ownership.

I am happy for this opportunity to serve as a character reference and I hope I can give you some insight into the brother-in-law I know and whom my kids have come to appreciate and love.

One specific memory stands out. One year during Thanksgiving, Naba and Haroon visited my parents in our childhood home in Poughkeepsie, New York, and we all had a family get together. It was one of the last times that our entire family spent time together before our mother's coma. It is emotional to think about that visit now given that our dear mother is now in the intensive care unit in the hospital. During that visit, Haroon wanted everyone to have fun and instead of staying in the house, Haroon found

a local farm where we could all go and spend the day. It was not something that we had done before as a family. Part of his idea may have come from the fact that Haroon grew up in a rural part of Washington state and loved being in the outdoors. He convinced everyone to go including my parents, my siblings and my kids. And indeed, it was memorable. We met the owners, walked around petting the cows and llamas and played with little baby goats. We admired the local vegetation, kicked a soccer ball around the fields and we all meditated and prayed together in a small barn house. The kids had an incredible time. Even my mother, who is a bit afraid of animals, was convinced by Haroon to overcome her inhibition to stroll among the animals and enjoy their company. I mention this story as emblematic of what I think of Haroon—he is always looking to bring people together and to create lasting memories that we could all treasure. It isn't easy to find something that each person would enjoy and value, and his careful thinking about this was touching.

Haroon loves my children and always finds ways to bond with them when he spends time. He is sweet and caring with them. My 7 year-old daughter is always writing cards to her "Haroon Uncle" because of how close they are, and sent him cards when he was recently in the hospital for meningitis. It's very sweet to see how much my children love someone who only became a part of the family a few years ago. I know that Haroon tragically lost his younger brother Muneer and I believe that gives Haroon a deep capacity to empathize and connect with people.

Lastly, I have seen how much Haroon cares for my father and mother. It isn't just in words that they are his second parents, but he is always there to help when needed and tries to go out of his way to help. As my mother has been in a coma, Haroon was at one point coming up almost every weekend, driving from Virginia to New Jersey to help. Living through this tragedy is surreal. But Haroon has tried to problem solve and be there as a release valve to help any family member, as we all have been going through our own trauma witnessing our mother's condition.

Simply said, I know Haroon to be a deeply caring human being with a loving heart. I was surprised to hear him describe how he violated federal law. Following that news, I was not surprised to hear that he took full ownership. Our faith states there is no shame in repentance. I respect Haroon for holding himself accountable. Again, he is serving as a great example to my kids and others of how to handle grave errors and to do the right thing.

I am thankful that Haroon is within our family. He has suffered greatly due to his own actions and I trust the court will do the right thing and temper justice with mercy. Your honor, please consider these thoughts as you deliberate over the appropriate consequences.

Sincerely,

Sana Sharif