IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 1:19-cr-183 |
| HAROON K. ULLAH, | The Hon. T.S. Ellis, III |
| Defendant. | Sentencing: November 22, 2019 |

### HAROON ULLAH'S FINAL SUPPLEMENT TO MEMORANDUM IN AID OF SENTENCING

Dr. Haroon Ullah respectfully submits the following final Supplement to the Memorandum in Aid of Sentencing with additional letters to aid the Court in its sentencing determination.

Counsel is also including two additional letters. The November 14, 2019 letter from Dr. Ullah's wife, Dr. Naba Ullah which was inadvertently left out of the packet previously submitted by counsel because of a mistake by counsel, not by Dr. Ullah. The second letter, is the April 28, 2019 letter from Gen. John Allen, USMC (Ret.). Counsel only spoke personally with General Allen today at approximately 4:00 p.m. to obtain permission to use the letter previously submitted to AUSA Carlberg during the early stages of negotiations in this matter. Counsel was unwilling to submit this letter to the Court without General Allen's explicit permission, which was only now received.

November 21, 2019

Respectfully submitted,

   /s/ Mark E. Schamel
Lela Marie Ames (75932)
Mark Elliott Schamel (*pro hac vice*)
Womble Bond Dickinson (US) LLP
1200 19th Street, NW, Suite 500

Washington, DC 20036
Tel.: (202) 857-4481
Fax: (202) 261-0098
E-mail:lela.ames@wbd-us.com
E-mail: mark.schamel@wbd-us.com

*Counsel for Haroon Ullah*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November 2019, copies of the foregoing document were filed through the Court's ECF system, which will provide notice to all parties indicated on the electronic filing receipt.

/s/ Lela Marie Ames