AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-CR-183 |
| HAROON K. ULLAH | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 07/02/2020

/s/
*Attorney's signature*

Joseph G. Rieu
*Printed name and bar number*

United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

joseph.rieu@usdoj.gov
*E-mail address*

(703) 299-3834
*Telephone number*

(703) 299-3980
*FAX number*